THOMAS ROWLAND *versus* JEAN BAPTISTE VERNIER DIT LADOUCEUR.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Dismissed *p. 116.

PAPERS IN FILE: (1) Bill of complaint, allowance of injunction; (2) bond for injunction; (3) writ of injunction, return.

*Chancery Case* 73 of 1826.